22-cr-327 PJS

**FILED**
November 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____SO_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | Case No.: 1:19-CR-281-LY |
| | § | |
| v. | § | |
| | § | |
| ADAM DANDACH, | § | |
| Defendant. | § | |

## CONSENT TO TRANSFER CASE FOR PLEA AND SENTENCE
## PURSUANT TO RULE 20 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

I, Defendant Adam Dandach, am aware that an indictment is pending against me in the Western District of Texas under Case No. 19-CR-281-LY. I wish to plead guilty to the charge set forth in the Indictment and waive trial and venue in the Western District of Texas. I am present in the District of Minnesota, and I consent to the disposition of this case in the District of Minnesota.

Respectfully submitted,

By: _____
ADAM DANDACH
Defendant

/s/ Pal A. Lengyel-Leahu
PAL A. LENGYEL-LEAHU
Attorney for Defendant Adam Dandach

APPROVED:

_____
ASHLEY C. HOFF
United States Attorney
Western District of Texas

_____
ANDREW M. LUGER
United States Attorney
District of Minnesota

1