22-cr-327 PJS

**FILED**
NOV 0 5 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. A 19 CR 281 LY |
| v. | § § | **INDICTMENT** |
| ADAM DANDACH, <br> Defendant. | § § § § § | [Violation: Count I: 18 U.S.C. § 111 – Assaulting, Resisting, or Impeding Certain Officers or Employees] |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 111(a)(1) and (b)]

On or about August 25, 2019, within the Western District of Texas, the Defendant,

**ADAM DANDACH,**

did intentionally and forcibly assault, resist, impede, and intimidate B.C., a federal officer who was then engaged in the performance of his official duty, and thereby inflicted bodily injury on B.C., by striking B.C. in the face with his hand, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b), the punishment for which is found in Title 18 United States Code, Section 111(b).

A TRUE BILL:

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

JOHN F. BASH
United States Attorney

By: _/s/ Keith M. Henneke_
KEITH M. HENNEKE
Assistant U. S. Attorney