UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 22-327(1) PJS |
| v. | ) | |
| | ) | **Unopposed Motion for a Reduced** |
| Adam Dandach, | ) | **Sentence Under 18 U.S.C. § 3582(c)(2)** |
| | ) | |
| Defendant. | ) | |

Adam Dandach moves this Court for a reduced sentence of 24 months under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821 to the U.S. Sentencing Guidelines, leaving all other aspects of the original judgment in place. After consideration of the factors outlined in 18 U.S.C. § 3353(a), the government does not oppose this motion. In support, Mr. Dandach states as follows:

On August 1, 2023, Mr. Dandach was sentenced to 27 months' imprisonment, with a guideline range of 27 to 33 months, based on a final offense level 16 and criminal history category III. Based on the retroactive application of Amendment 821, which alters the assignment of criminal history status points under U.S.S.G. § 4A1.1, Mr. Dandach's criminal history category has been reduced to II and his guideline range has been reduced to 24 to 30 months.

The parties have conferred and agree that a reduced sentence of 24 months is warranted in this case. Wherefore, Mr. Dandach asks the Court to grant the motion by signing the proposed reduction order.

Dated: December 18, 2024                    Respectfully submitted,

*s/Robert Meyers and Daniel Huddleston*

Robert Meyers
Attorney ID No. 0388110

Daniel Huddleston
Attorney ID No. 1031856FL

Attorneys for Defendant
Office of the Federal Defender
District of Minnesota
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

ANDREW M. LUGER
United States Attorney

*s/LeeAnn Bell*
BY: LEEANN K. BELL
Assistant U.S. Attorney
Atty. Reg. No. 0318334